UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAURAV OBEROI; and SWATI GALHOTRA.<br><br>Plaintiffs,<br>v.<br><br>DANIELLE LEHMAN, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01978-RSM<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants jointly file this Stipulated Motion asking the Court to extend the deadlines for the filing of Defendants' response to Plaintiffs' complaint until December 17, 2026.

Plaintiffs filed their complaint on June 5, 2026, seeking an order compelling Defendants to schedule their asylum interview and adjudicate their asylum applications. *See* Dkt. 1. Plaintiffs' asylum interview occurred on August 19, 2026, and the agency needs 120 days from that interview date to complete its vetting and adjudication of Plaintiffs' asylum applications. The Parties anticipate that, with the requested extension, this litigation will become moot.

Accordingly, the Parties submit there is good cause for the requested extension as it will likely permit this case to be resolved without further litigation.

DATED this 21st day of August, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 128 words, in compliance with Local Civil Rules.

*s/ Clayton Cook-Mowery*
CLAYTON COOK-MOWERY
Washington State Attorney ID # 41110
Quiroga Law Office, PLLC
505 N Argonne Road, Suite Bl09
Spokane, WA 99212
Tel: (509) 927-3840
Clay@quirogalawoffice.com

*Attorney for Plaintiffs*

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall respond to the Complaint by December 17, 2026.

DATED this 26th day of August, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE